```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Portal,

                Plaintiff,

   –v–

Ryder Truck Rental Inc., *et al.*,

                Defendants.

20-cv-9617 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In light of the parties' joint letter and proposed case management plan, the Court determines that there is no need for an initial pretrial conference. The Court will enter the parties' proposed case management plan without holding a conference.

      SO ORDERED.

Dated: March 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge