UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ANAIS PORTAL,

                       Plaintiff,

-v-

LILY TRANSPORTATION CORP. *et al.*,

                       Defendants.

20 Civ. 9617 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

      This case has been reassigned from the Hon. Alison J. Nathan to this Court. The case management conference in this case, originally scheduled for May 6, 2022, at 3:45 p.m., is hereby rescheduled for May 19, 2022, at 2 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      The parties are further instructed to consult this Court's Individual Rules, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer, for the Court's rules on requesting, within 14 days of the close of fact discovery, that the pretrial conference serve as a pre-motion conference.[1]

---

[1] The end date for fact discovery is not apparent to the Court. For avoidance of doubt, the deadline for either party to file letters in accordance with this Court's Individual Rule 3(H) is May 7, 2022. Any response to such letters is due May 14, 2022.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 12, 2022
      New York, New York