UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANAIS PORTAL,

                                  Plaintiff,

-v-

LILY TRANSPORTATION CORP. *et al.*,

                                  Defendants.

20 Civ. 9617 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the telephonic conference in this case, currently scheduled for May 19, 2022, at 2 p.m., is rescheduled for May 23, 2022, at 9:30 a.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 13, 2022
       New York, New York